IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 7:23-CR-00126-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JONATHAN OMAR IRIZARRY VEGA,<br><br>    Defendant. | ORDER |

This matter comes before the court on several documents and motions filed *pro se* by Defendant: a Motion for Joinder, DE 102; a Motion for "nominal, compensatory, punitive, consequential [sic], hedoic [sic] and continuing damages, etc.," DE 103; a Motion for Habeas Relief, DE 105; a Motion for Leave to File Pretrial Motions, DE 107; a Motion for "Constitutional Question and/or Challenge," DE 108; a Motion for Joinder, DE 109; a Motion to Suppress, Motion for Return of Seized Property, and Notice Defendant's objection, DE 110; a document containing Defendant's Rule 12 objections and a Motion to Strike, DE 111; and a Motion for Reconsideration of Pretrial Detention, DE 112.

Defendant is represented by counsel in this case. DE 45. The court is under no obligation to consider documents filed pro se by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)). Defendant does not have a right to

"'hybrid' representation" that would allow him to file *pro se* motions while retaining the representation of appointed counsel. *McKaskle*, 465 U.S. at 183.

Therefore, Defendant's various motions, DE 102, 103, 105, 107, 108, 109, 110, 111, 112, are DENIED WITHOUT PREJUDICE. If Defendant, ***through his counsel***, wishes to file (or re-file) his various motions and letters, the court will consider such motions.

SO ORDERED this 5th day of January, 2026.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE