IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:23-CR-00126

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN OMAR IRIZARRY VEGA,

    Defendant.

ORDER

This matter comes before the court on Defendant's Motion To Complete/Finish The Detention Hearing Held On December 18, 2024. DE 130. Recently, the court denied a similar motion filed *pro se* by Defendant but invited Defendant to re-file the motion through his counsel. DE 115. Defendant instead filed a *pro se* notice of interlocutory appeal, seeking appellate review of that order. DE 121. Defendant had full knowledge of this court's ordinary practice to closely follow the rule that "an appeal confers jurisdiction on the court of appeals and divests the district court of its control," such that it "does not regain jurisdiction until the issuance of the mandate by the clerk of the court of appeals." *United States v. Montgomery*, 262 F.3d 233, 239 (4th Cir. 2001). Although Defendant's appeal remains pending, Defendant, through his counsel, has now filed the instant motion seeking to resume the hearing on his pre-trial detention. DE 130.

No later than March 5, 2026, Defendant shall submit a brief to address whether the court has jurisdiction over this matter and may schedule a detention hearing before a mandate has been issued or lacks any jurisdiction over the matter and must hold this motion in abeyance until such

time as a mandate has been issued in the interlocutory appeal. The United States shall be permitted to make any such response as it deems appropriate on or before March 12, 2026.

SO ORDERED this 19th day of February, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE