IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:23-CR-00126-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN OMAR IRIZARRY VEGA,

    Defendant.

ORDER

This matter comes before the court on recent filings submitted *pro se* by Defendant. DE 171, DE 170, DE 167. Those filings inform the court that Defendant has, apparently, attempted to commence separate civil lawsuits against his ex-wife and the United States. Consistent with those intentions, Defendant requests that the court open the relevant proceedings on his behalf. That request is DENIED. If Defendant wishes to commence civil actions, he must submit the appropriate civil forms and either pay the requisite filing fees or move to proceed *in forma pauperis*. Those forms can be found on the official webpage for the United States District Court for the Eastern District of North Carolina under the "Self Representation" section. *See* Self Representation, United States Eastern District of North Carolina, https://www.nced.uscourts.gov/prose/Default.aspx (last visited Jun. 1, 2026).

SO ORDERED this ___1st___ day of June, 2026.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE