IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 7:23-CR-00126-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN OMAR IRIZARRY VEGA,

    Defendant.

ORDER

This matter comes before the court on Defendant's *pro se* Objection and Notice to Appeal. DE 173. The court has received several documents *pro se* from Defendant describing the difficulties Defendant has faced in commencing separate civil lawsuits against the United States and his ex-wife. DE 167, DE 170, DE 171. Based on his filings, it appears Defendant believes he has submitted the necessary documents to commence those lawsuits but that they are being mistakenly filed in his criminal matter. The court carefully reviewed all filings it has received from Defendant and found no such documents. Accordingly, the court declined to open those separate civil proceedings on Defendant's behalf and instead directed Defendant to the appropriate self-representation forms on the court's website. DE 172. Defendant seeks appellate review of that order. DE 173.

That has now confused the docket. Defendant's appeal of the court's docket management order concerning hypothetical civil lawsuits has nothing to do with Defendant's criminal prosecution. Yet, because of these case management issues, that notice of appeal has been

docketed in Defendant's criminal case. To prevent further confusion, the Clerk of the Court is directed to open a separate civil docket on Defendant's behalf: Jonathan Omar Irizarry Vega v. United States of America and Jane Doe. Importantly, that docket will function only as a *place holder*; it will serve to disconnect filings related to Defendant's efforts to commence civil lawsuits from those related to his criminal prosecution. That docket, however, will not serve as a forum to adjudicate the merits of Defendant's civil claims. Once this placeholder docket has been created, the Clerk of the Court shall transfer DE 167, DE 170, DE 171, DE 172, DE 173, and a copy of this order to that docket. Defendant's appeal of DE 172 will proceed through that civil docket. Defendant's criminal matter will, therefore, continue notwithstanding appellate review of this court's civil docket management.

SO ORDERED this __8th__ day of June, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2